IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:10-cr-00002-RH-GRJ

QUINTON JONES,
_____/

# REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 38, Defendant's notice of voluntary dismissal of his pending motion to vacate pursuant to 28 U.S.C. § 2255. On March 3, 2011, the undersigned advised Defendant that if he withdraws his motion, any subsequently-filed motion may be barred by the one-year limitations period applicable to § 2255 motions and/or by the restrictions on filing second or successive § 2255 motions. Doc. 39. The undersigned ordered Defendant to file a notice with the Court on or before March 17, 2011, acknowledging that he understands these consequences. As of this date, Defendant has failed to comply with that order.

Notwithstanding Defendant's failure to file a notice of acknowledgment, because Defendant seeks to voluntarily dismiss his motion to vacate and has been advised of the consequences of withdrawing the motion, it is respectfully **RECOMMENDED** that

the motion to vacate, Doc. 31, be **DISMISSED**.

**IN CHAMBERS** this 21st day of March 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**