# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:10cr2-RH/GRJ

QUINTON JONES,

    Defendant.

_____/

## ORDER DISMISSING § 2255 MOTION

The defendant pled guilty and was sentenced. He did not appeal. He did, however, file a motion to vacate the conviction and sentence under 28 U.S.C. § 2255. ECF No. 31. Later he filed a motion, ECF No. 38, to dismiss the § 2255 motion. The magistrate judge notified the defendant that dismissing the § 2255 motion might affect his ability to file a second such motion. ECF No. 39. When the defendant did not seek to withdraw the motion to dismiss, the magistrate judge entered a report and recommendation, ECF No. 40, concluding that the motion to dismiss should be granted. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. The defendant's motion, ECF No. 38, to voluntarily dismiss his motion for relief under 28 U.S.C. § 2255 is

GRANTED. The clerk must enter a judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE." The clerk must close the file.

      SO ORDERED on April 20, 2011.

                                            <u>s/Robert L. Hinkle</u>
                                            United States District Judge